From: David Baer <DBaer@cityofmarcoisland.com>
Sent: Thursday, April 22, 2021 4:16 PM
To: City Council <City_Council@cityofmarcoisland.com>
Subject: MIPD ALPR Press Release

On April 23, 2021, the Marco Island Police Department (MIPD) will deploy its new stationary automated license plate recognition (ALPR) system to enhance community safety. Marco Island is geographically the optimal location to place stationary ALPR devices due to our unique nature. Unlike a city with countless streets entering its jurisdiction, all our vehicular traffic enters and leaves via three bridges (Jolley, Minozzi, and Gober). Our bridges, as focal points, allow for a minimum of four cameras. The ALPR technology combines cameras and computer software to scan the license plates of all passing vehicles. These cameras are mounted on stationary poles, take pictures of the rear of each vehicle, and log the date and time.

"The Department is excited to deploy its automated license plate recognition system. Given that 70% of all crime involves a vehicle, we're confident that this system will assist the Department in making Marco Island a safer place to live, visit and work. The system has a strong deterrent value which improves community safety and helps us proactively reduce crime and traffic incidents before they occur."  Chief Tracy L. Frazzano

The ALPR technology is a crime reduction multiplier for both investigations and patrol efforts.  Detectives will be able to use it in a variety of investigations to determine vehicles in the vicinity of a crime scene, confirm suspect alibis, and analyze crime patterns. The ALPR system automates the investigative process and alerts the officers once there is a match.  It accomplishes this by capturing the image of the license plate of a passing vehicle and comparing the plate number against official "hotlists".  Hotlists include uninsured motorists, individuals with warrants or suspended driver's licenses, gang members, individuals on the terrorist watch list, sexual offenders/predators, parents who owe child support, persons being sought by authorities as a suspect, missing adults/children, and those on the state or national watch lists.  Once there is a match, a notification is sent to all officers. Lastly, our ALPR devices have the capability of counting vehicles which will support planning efforts during events such as COVID, hurricane evacuations and, other special circumstances.

Our first success story with this technology occurred recently during the testing and evaluation element of the installation, when we were able to assist the Collier County Sheriff's Department with safely locating a missing autistic teenager.

"We truly understand that we are better together and by working with our law enforcement partners, we can assist our community and others.  Hopefully, this is just the first of many success stories with this technology."  Chief Tracy L. Frazzano