# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**Shannon Schemel,** *et al.*,

    *Plaintiffs*,

v.                                  **No.** 2:22-cv-00079

**City of Marco Island, Florida,** *et al.*,

    *Defendants.*

## Motion for Special Admission

Sheng Li, Esquire, moves for special admission to represent Plaintiffs Shannon Schemel, *et al.,* in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar,

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Western District of Michigan.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in one other case in state or federal court in Florida: *Raul Mas Canosa v. City of*

*Coral Gables, Florida*, Case No. 3D21-1983, Florida Third District Court of Appeal.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States.  I will bear true faith and allegiance to the government of the United States.  I will maintain the respect due to the courts of justice and all judicial officers.  I will well and faithfully discharge my duties as an attorney and officer of this Court.  I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Sheng Li
Sheng Li
Md. Bar No. 1508180001
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5210

Date: February 9, 2022

**Local Rule 3.01(g) Certification**

Counsel for Plaintiffs contacted counsel for Defendants to inform them that I, Sheng Li, would be filing a Motion for Special Admission. Counsel for Defendants responded that he was not able to respond immediately to the request for consent.