UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:22-CV-00079-JLB-KCD

SHANNON SCHEMEL,
STEPHEN OVERMAN,
and MICHAEL TSCHIDA

    Plaintiffs,

v.

CITY OF MARCO ISLAND, FLORIDA,

    Defendant.
_____/

## UNOPPOSED MOTION TO DISPENSE WITH MEDIATION

Plaintiffs Shannon Schemel, Stephen Overman, and Michael Tschida (collectively "Plaintiffs") file this motion pursuant to Fla.R.Civ.P. 1.700 to dispense with mediation. Federal courts in Florida have often applied Rule 1.700 to federal mediation issues. Counsel for Defendant state that they do not oppose the motion. Alternatively, Plaintiffs request that mediation be postponed until after the Court rules on the pending motion to dismiss. Plaintiffs state the following in support of this motion:

1. On June 1, 2022, the Court entered a Case Management and Scheduling Order [ECF No. 39] that required the parties to conduct a mediation hearing by May 31, 2023. The Court entered Amended Case Management and Scheduling Orders on May 15, 2023 [ECF No. 61] and July 27, 2023 [ECF No. 63], which extended the deadline for conducting mediation to October 3, 2023.

2. The parties have been diligently conducting discovery for the past 17 months. Based on that discovery, the parties agree that there are few factual disputes and that the

outcome of the case hinges largely on an issue of law: whether the Automatic License Plate Reader (ALPR) system installed by the City of Marco Island violates the Plaintiffs' Fourth Amendment rights. The Plaintiffs' request only injunctive and declaratory relief; there are no monetary claims to be mediated—other than the potential for an award of attorneys' fees to the prevailing party.

3. On April 4, 2023, the City filed a Rule (12)(b) Motion to Dismiss Plaintiffs' First Amended Complaint [ECF No. 54] for failure to state a claim under the Fourth Amendment. Plaintiffs filed a Response in Opposition to the City's Motion to Dismiss on May 8, 2023 [ECF No. 58].

4. The City's Motion to Dismiss remains pending, and therefore the City has not yet filed an answer and affirmative defenses.

5. Although the Parties have selected a mediator (Lawrence Watson of Maitland, Florida), they have concluded that no productive purpose would be served by going forward with the mediation. The Parties have discussed the Fourth Amendment issue, and no middle ground is apparent. Either the ALPRs violate the Fourth Amendment or they do not, and the Parties are in irreconcilable disagreement on that legal issue.

6. Plaintiffs have concluded that the dispute cannot be mediated by negotiating a compromise figure for damages because the Plaintiffs are not seeking an award of damages (other than nominal damages).

7. Moreover, the legal issue could well be resolved by the Court's ruling on the pending motion to dismiss, and by any appeal (by the losing party) to the U.S. Court of Appeals for the Eleventh Circuit.

8.     Rule 1.700 of the Florida Rules of Civil Procedure expressly authorizes motions to dispense with mediation when "the issue presents a question of law only," Fla.R.C.P. 1.700(b)(2), or when "other good cause is shown." Fla.R.C.P. 1.700(b)(4). Based on the foregoing, Plaintiffs submit that good cause exists for dispensing with mediation.

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs' counsel certifies that he corresponded with counsel for Defendant from September 13, 2023 through the date of filing this Motion, in an effort to meet and confer regarding Defendant's position. Defendant does not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order dispensing with mediation. In the alternative, Plaintiffs request that the Court postpone the mediation deadline and order that it occur within 30 days following the Court's ruling on the pending motion to dismiss.

Dated: September 18, 2023

Respectfully submitted,

New Civil Liberties Alliance
*Counsel for Plaintiffs*
1225 19th Street NW, Suite 450
Washington, DC 22207
Telephone: 202-869-5210

By: /s/ Richard A. Samp
RICHARD A. SAMP
Virginia Bar No. 33856
Primary e-mail: rich.samp@ncla.legal
SHENG TAO LI
Maryland Bar No. 1508180001
Primary e-mail: sheng.li@ncla.legal

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court, using the CM/ECF system, on September 18, 2023 and that all counsel are registered with the Court to receive the filing.

/s/ Richard A. Samp
Richard A. Samp
