UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:22-CV-00079-JLB-KCD

SHANNON SCHEMEL,
STEPHEN OVERMAN,
and MICHAEL TSCHIDA

    Plaintiffs,

v.

CITY OF MARCO ISLAND, FLORIDA,

    Defendant.
_____/

## CONSENT MOTION TO WITHDRAW

Richard Samp hereby moves, pursuant to Local Rule 2.02(c), to withdraw as counsel for Plaintiffs. In support of the motion, Samp states as follows:

Mr. Samp is retiring from the practice of law in February 2024 and will no longer be associated with the New Civil Liberties Alliance (NCLA), the firm that represents Plaintiffs.

Mr. Samp has contacted the three Plaintiffs—Shannon Schemel, Stephen Overman, and Michael Tschida—to inform them of his retirement plans. As indicated in the attached Certification required by Rule 2.02(c)(1)(B), each of the Plaintiffs has consented to Mr. Samp's withdrawal.

Mr. Samp's co-counsel, Sheng Li, continues to be employed by NCLA and will continue to represent Plaintiffs in this matter. No trial date has been set, so there is no possibility that Mr. Samp's withdrawal might cause a continuation of a trial or otherwise delay proceedings.

**WHEREFORE**, Richard Samp respectfully requests that the Court grant his motion to withdraw as counsel in this case.

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

Richard Samp certifies that he corresponded with Plaintiffs Shannon Schemel, Steven Overman, and Michael Tschida about his retirement and his plans to withdraw from this proceeding.  Each of the three stated that he/she consented to the withdrawal.

Dated: January 31, 2024              Respectfully submitted,

New Civil Liberties Alliance
*Counsel for Plaintiffs*
1225 19th Street NW, Suite 450
Washington, DC 22207
Telephone: 703-525-9357

By: /s/ Richard A. Samp
RICHARD A. SAMP
Virginia Bar No.  33856
Primary e-mail:  rich.samp@ncla.legal
SHENG TAO LI
Maryland Bar No.  1508180001
Primary e-mail:  sheng.li@ncla.legal

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing on January 31, 2024, on all counsel of record on the Service List.

/s/ Richard A. Samp

**Service List:**

Anne R. Flanigan, aflanigan@wsh-law.com
Blayne J. Yudis, byudis@wsh-law.com
Weiss Serota Helfman Cole & Bierman, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301